# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DeLEON,<br><br>                Petitioner,<br><br>     v.<br><br>CLARK E. DUCART, Warden,<br><br>                Respondent.<br>_____ | Case No. CV 14-9098-DMG (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. No party has submitted written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that respondent's Motion to Dismiss is DENIED.

DATED: September 17, 2015

                                                  DOLLY M. GEE<br>
                                     UNITED STATES DISTRICT JUDGE